JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTINA DEL RIO, <br><br> Plaintiff, <br><br> vs. <br><br> ANHEUSER-BUSCH, LLC; and DOES 1 to 100, inclusive, <br><br> Defendants. | Case No. 2:16-cv-09331 JFW (KSx) <br><br> **ORDER DISMISSING THE ACTION WITH PREJUDICE [FRCP 41(a)(1)]** <br><br> Complaint Filed: December 18. 2016 <br> Trial Date: None |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Pursuant to the parties' Joint Stipulation for Dismissal with Prejudice, filed on September 13, 2019, the Court hereby orders that the above-captioned action be dismissed with prejudice in its entirety, with each party bearing his/its own costs and fees.

SO ORDERED:

DATED: September 16, 2019

_____
HON. JOHN F. WALTER
United States District Court Judge